# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAIRA ORTIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-2316-JAR-KGG |
| | ) |
| BANK OF LABOR, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of November, 2021 the original of Defendant's First Interrogatories to Plaintiff, First Request for Production of Documents to Plaintiff, and First Request for Admissions to Plaintiff were served via U.S. Mail and copies of the same in WORD and PDF formats were served via electronic mail to:

Alan V. Johnson
Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
534 South Kansas Avenue, Suite 1000
Topeka, Kansas 66603-3456
ajohnson@sloanlawfirm.com

**Attorney for Plaintiff**

Respectfully Submitted,

*/s/ Katherine Pearlstone*
Julianne P. Story           KS Bar No. 15227
Katherine Pearlstone        KS Bar No. 27657
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
julianne.story@huschblackwell.com
kat.pearlstone@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2021 a copy of the above and forgoing was served via the Court's electronic (ECF) filing/notification system to:

Alan V. Johnson
Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
534 South Kansas Avenue, Suite 1000
Topeka, Kansas 66603-3456
ajohnson@sloanlawfirm.com

**Attorney for Plaintiff**

                                                  */s/ Katherine Pearlstone*
                                                  **Attorney for Defendant**