# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MAIRA ORTIZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2021-CV-2316-JAR-KGG |
| | ) | |
| BANK OF LABOR, | ) | |
|     Defendant. | ) | |
| | ) | |

### NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS

COMES NOW Plaintiff, Maira Ortiz, by and though counsel, Alan V. Johnson of Sloan, Eisenbarth, Glassman, McEntire and Jarboe, L.L.C., and hereby certifies that on the 21st day of December, 2021, the following Responses to Defendant's First Set of Requests for Admissions were sent via electronic mail to the following:

    Julianne P. Story, #15227
    Katherine T. Pearlstone, #27657
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Julianne.story@huschblackwell.com
    Kat.pearlstone@huschblackwell.com

    Respectfully submitted,

    /s/ Alan V. Johnson
    Alan V. Johnson, KS Bar # 09992
    **SLOAN, EISENBARTH, GLASSMAN,**
     **MCENTIRE & JARBOE LLC**
    534 S. Kansas Ave., Suite 1000
    Topeka, Kansas 66603
    Telephone: (785) 357-6311
    Facsimile: (785) 357-0152
    Email: ajohnson@sloanlawfirm.com

2

## CERTIFICATE OF SERVICE

I herby certify that on the 21st day of December, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

    Julianne P. Story, #15227
    Katherine T. Pearlstone, #27657
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Julianne.story@huschblackwell.com
    Kat.pearlstone@huschblackwell.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: NONE

    /s/ Alan V. Johnson
    Alan V. Johnson, KS #9992
    Sloan, Eisenbarth, Glassman,
    McEntire & Jarboe, L.L.C.
    534 S. Kansas Ave, Suite 1000
    Topeka, Kansas 66603
    Telephone    (785) 357-6311
    Fax    (785) 357-0152
    ajohnson@sloanlawfirm.com