**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MAIRA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-2316-JAR-KGG |
| | ) | |
| BANK OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

## FIRST JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Maira Ortiz and Defendant Bank of Labor (collectively, "the Parties"), by and through their respective counsel, respectfully move the Court to amend the Scheduling Order in the above-captioned case. In support of their joint motion, the Parties state as follows:

1.      On July 7, 2021, Plaintiff filed a Complaint against Defendant in this Court. Dkt. No. 1.  Defendant filed a timely Answer on August 27, 2021. Dkt. No. 6.

2.      The Court entered the current Scheduling Order in this case on October 1, 2021 (Dkt. No. 10), which includes the following relevant deadlines:

| | |
|---|---|
| All Discovery Completed: | February 11, 2022 |
| Proposed Pretrial Order Due: | February 17, 2022 |
| Pretrial Conference: | February 24, 2022 |
| Dispositive Motions: | March 18, 2022 |
| Trial: | November 15, 2022 |

3.      Since the commencement of this lawsuit, the Parties have engaged cooperatively in written discovery.

4.      On November 23, 2021, Defendant served its initial discovery requests, including requests for admissions, requests for production of documents, and interrogatories.

5.      Plaintiff provided responses to Defendant's requests for admission on December 21, 2021.  Plaintiff also provided responses to Defendant's interrogatories and requests for production of documents on December 23, 2021.

6.      The Parties participated in mediation on December 29, 2021, which resulted in impasse.

7.      The Parties are completing the meet and confer process, and expect to be completed with written discovery on or before February 11, 2022.

8.      On January 28, 2022, Defendant served notice to take the videotaped depositions of Plaintiff and third party witness Jesus Islas on February 8, 2022 and February 10, 2022, respectively.

9.      Plaintiff has informed Defendant that she plans to conduct a deposition of third party witness Mary Moulin.

10.     The Parties would like to wait until written discovery is completed before conducting depositions. As a result, the Parties are planning to re-schedule Plaintiff's deposition for February 15, 2022 and schedule Mr. Islas' and Mary Moulin's depositions for February 17, 2022.  These dates are after the current discovery cutoff.

11.     Accordingly, the Parties submit this First Joint Motion to Amend the Scheduling Order to request that the Court amend the following deadlines:

| | |
|---|---|
| Written Discovery Completed: | February 11, 2022 |
| Depositions Completed: | February, 24, 2022 |

The Parties note that these changes should not affect the trial date, which currently is set for November 15, 2022.

12.     This motion is not brought for purposes of undue delay and will not prejudice any party to this action.

WHEREFORE, the Parties respectfully request that this Court grant their First Joint Motion to Amend the Scheduling Order and amend the scheduling order by entering the dates requested above.

Dated: February 9, 2022

Respectfully Submitted,

/s/ *Alan V. Johnson*
Alan V. Johnson                    KS Bar # 09992
Sloan, Eisenbarth, Glassman, McEntire
& Jarboe LLC
534 S. Kansas Avenue, Suite 1000
Topeka, Kansas 66603
Telephone:  (785) 357-6311
Facsimile:  (785) 357-0152
Email:  ajohnson@sloanlawfirm.com

**ATTORNEY FOR PLAINTIFF**

AND

/s/ *Katherine T. Pearlstone*
Julianne P. Story                  KS Bar No. 15227
Katherine T. Pearlstone            KS Bar No. 27657
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
julianne.story@huschblackwell.com
kat.pearlstone@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this 9th day of February, 2022, a true and accurate copy of the above and foregoing was served electronically via the Court's CM/ECF filing/notification system upon:

Alan V. Johnson
Sloan, Eisenbarth, Glassman, McEntire & Jarboe LLC
534 S. Kansas Ave., Suite 1000
Topeka, Kansas 66603
Telephone:  (785) 357-6311
Facsimile:  (785) 357-0152
Email:  ajohnson@sloanlawfirm.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Katherine T. Pearlstone*
**Attorney for Defendant**