# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MAIRA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-2316-JAR-KGG |
| | ) | |
| BANK OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Parties' First Joint Motion to Amend the Scheduling Order (Doc. 20) is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that the Scheduling Order (Doc. 10) is amended as follows:

1. The written discovery deadline is set as February 11, 2022.

2. The deposition deadline is extended to February 24, 2022.

The setting for the Pretrial Conference (February 24, 2022, at 2:00 p.m.) remains **unchanged** as are the deadline for the parties to submit the draft Pretrial Order and the trial setting.

DATED: February 9, 2022

/s Kenneth G. Gale
Hon. Kenneth G. Gale
United States Magistrate Judge