### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAIRA ORTIZ, ) | |
|          Plaintiff, ) | |
| ) | |
| v. ) | 2021-CV-2316-JAR-KGG |
| ) | |
| BANK OF LABOR, ) | |
|          Defendant. ) | |
| ) | |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to D. Kan. Rule 6.1, the plaintiff, Maira Ortiz, moves the court for an extension of time of seven days, to and including April 15, 2022, in which to file a memorandum in opposition to the motion for summary judgment filed by the defendant, the Bank of Labor. In support of this motion, the plaintiff shows the Court the following:

1. The plaintiff's opposition brief is due on April 8, 2022, and this is the plaintiff's first request for an extension of time as to this deadline.

2. Plaintiff's counsel will not be able to complete the opposition memorandum by April 8, 2022, because of engagement in other litigation, including the following: (1) Hampton v. Local 218, AFL-CIO, Case No. 21-3218 in the United States Court of Appeals for the Tenth Circuit (prepare appeal brief); (2) Miles v. Frito-Lay, Case No. 21-2098 in the United States District Court of Kansas (prepare brief in opposition to motion for summary judgment); and (3) Mark Bruce v. Governor Kelly, et al, Case No. 124415 in the Kansas Supreme Court (present oral argument).

3. The defendant does not oppose the plaintiff's request for an extension of time.

For these reasons, the court should grant the plaintiff an extension of time of seven days, to and including April 15, 2022, in which to file a memorandum in opposition to the defendant's motion for summary judgment.

By: /s/Alan V. Johnson
Alan V. Johnson, KS #9992
SLOAN, EISENBARTH, GLASSMAN
   McENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Ste 1000
Topeka, Kansas 66603-3456
(785) 357-6311; (785) 357-0152 fax
ajohnson@sloanlawfirm.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Julianne P. Story, #15227
Michaeli Hennessey, #79006
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Julianne.story@huschblackwell.com
michaeli.hennessey@huschblackwell.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: NONE

/s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Sloan, Eisenbarth, Glassman,
McEntire & Jarboe, L.L.C.
534 S. Kansas Ave, Suite 1000
Topeka, Kansas 66603
Telephone    (785) 357-6311
Fax          (785) 357-0152
ajohnson@sloanlawfirm.com